Gary **TURNER**, Appellant,

v.

**STATE of Missouri, Respondent.**

**ED 104334**

Missouri Court of Appeals,
Eastern District,
<u>DIVISION ONE</u>.

Filed: June 13, 2017

Scott Thompson, 1010 Market Street, Suite 1100, St. Louis, MO, for appellant.

Dora A. Fichter, Assistant Attorney General, P.O. Box 899, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

---

14. Of Wife's total fees, Husband was ordered to pay $30,377 or 42.4%.

## ORDER

PER CURIAM.

Gary Turner ("Movant") appeals from the denial, after an evidentiary hearing, of his Rule 24.035 post-conviction relief motion. We affirm.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).